UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 11 CIV. 3453

John Doe
John Doe
John Doe

(In the space above enter the full name(s) of the plaintiff(s).)

v.

Defendant No. 1  John Doe Hispanic Police officer
5 feet eleven inches

Defendant No. 2  John Doe, African America Police
officer, approximatly 5ft 6inc

Defendant No. 3

Defendant No. 4  Jane Doe, Hispanic officer, Approximatly
five feet four inches

Defendant No. 5  John Doe Hispanic officer approximatly
5ft 11inc

(In the space above enter the full name(s) of the defendant(s). If
you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and attach
an additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. No addresses should be included here.)

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ___    No ___
(check one)

## I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of
confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper
as necessary.

Plaintiff    Name  Gavin Rudder
ID #  241 11 00115
Current Institution  Tombs
Address  125 white Street Ny, NY 10013

B.    List all defendants' names, positions, places of employment, and the address where each
defendant may be served. Make sure that the defendant(s) listed below are identical to those
contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1    Name __John Doe_____ Shield #_____
                   Where Currently Employed __N.Y.P.D_____
                   Address _____
                   _____

Defendant No. 2    Name __John Doe_____ Shield #_____
                   Where Currently Employed __N.Y.P.D._____
                   Address _____
                   _____

Defendant No. 3    Name __Jane Doe_____ Shield #_____
                   Where Currently Employed __N.Y.P.D_____
                   Address _____
                   _____

Defendant No. 4    Name __John Doe_____ Shield #_____
                   Where Currently Employed __N.Y.P.D_____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? __the incident__

_____

B.    Where in the institution did the events giving rise to your claim(s) occur? _____
__that I am claiming occured at 675 E 1 65 St Bronx NY 10456__
_____

C.    What date and approximate time did the events giving rise to your claim(s) occur? __The__
__date of the claim was January third and it__
__was approximatly 4.00 pm__

2

D.    Facts: I was at the address 675 E 165 St in the bronx having an argument with a female associate. Her brother got involved and the police were summoned. Upon their arrival A struggle occurred when I asked if I could get my Fortware. One office said no, The other said yes. I was bulgeoned over the head multiple times and jumped by more than twelve officers when the first four officers arrived (three males and a female) Defendant One. A tall hispanic male got very agressive and he hit me over the head with his night stick. I was put in A position where I felt the need to protect muself. Then they all started hitting me. Yes. The brother of the defendant Joshua Casanova hit me over the head with A statue of A elephant while my back was turned to him in police custody. They allowed him to assalt me. and did nothing to stop him after he hit me with the statue. The defendant Tanya Casanova was locked in A bedroom by the female officer so I am certin that she did not see what occured.

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. My head was split opened from being hit over the head multiple times by four different police officers and required thirteen stitches. Then I suffered A concussion from being hit over the head with A statue. Then when the officers called for back up I was litterally jumped on, Kicked, Punched, stomed, hit with battons, Nased, And I spent three days in the hospital.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). G.M.D.C. & O.B.C.C.

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓    No ____    Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ✓    Do Not Know ____

If YES, which claim(s)? _____

D.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?

Yes ✓    No ✓    Do Not Know ____

If YES, which claim(s)? _____

E.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ✓

F.    If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1.    Which claim(s) in this complaint did you grieve? _____

_____

2.    What was the result, if any? _____

_____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

4

G.    If you did not file a grievance, did you inform any officials of your claim(s)?

Yes _____ No _____

1.    If YES, whom did you inform and when did you inform them? _____

_____

_____

2.    If NO, why not? I did not inform any officials about my clims because I was trying to get my paper work from my court appointed lawer. Who refused to give me any paper works concerning my case

I.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I sent out two different clims to have filed that I would like to file A complaint against the N.Y.P.D. But I never got a respose.

_____

_____

_____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    Relief:

State what you want the court to do for you. I would like the court to help me file A lawsuit against the N.Y.P.D I believe that I was A victim of police brutality. I tried to get my lawyer to help me file A lawsuit. But he insisted on getting me to "cop a plea" and do the time that was offered to me. And never took the time to hear my part of the story. I want justice, I am A victim.

_____

_____

_____

_____

VI.    Previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓

On these claims

5

B.    If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?  Yes _____  No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (for example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

_____

D.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____  No ✓

| On other claims |

E.    If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

_____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit: _____

6.    Is the case still pending?  Yes _____  No _____

If NO, give the approximate date of disposition _____

7.    What was the result of the case? (for example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____

_____

_____

6

Signed this 4 day of _twelve_, 20 11. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff   _Dawn Ridgolor_
Inmate Number            _2411100115_
Mailing address          _125 white street_
                         _New York, New York_
                         _10013_

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 4 day of _twelve_, 20 11, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Dawn Ridgolor_

rev. 09/04

7