| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/23/2013 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gavin Rudder

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Christian Jimenez (officer) #15314 NYPD
Keith Silardi (officer) #8404 NYPD
Scott Annicelli (officer) #5642 NYPD
Dennis Harrison (officer) #14144 NYPD
Sgt Amanda Encke #2202

_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☑ Yes   ☐ No
(check one)

11 Civ. 3453 (JLC)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's    Name  Gavin Rudder
               ID# 2411300262
               Current Institution  G.M.D.C.
               Address  15-15 Hazen Street
                        East Elmhurst, N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Christian Jimenez   Shield # 15314
                  Where Currently Employed  42nd Precinct
                  Address  830 Washington Avenue, Bronx, NY, 10452

Rev. 01/2010                                1

|   |   |   |
|---|---|---|
| Defendant No. 2 | Name Keith Silardi | Shield # 8404 |

Where Currently Employed 42nd precinct
Address 830 Washington Avenue, Bronx New York 10452

Defendant No. 3   Name Scott Annicelli   Shield # 5642
Where Currently Employed 42nd precinct
Address 830 Washington Avenue, Bronx, New York, 10452

**Who did what?**

Defendant No. 4   Name Dennis Harrison   Shield # 14144
Where Currently Employed 42 precinct
Address 830 Washington Avenue, Bronx New York, 10452

Defendant No. 5   Name Sgt. Amanda Encke   Shield # 2202
Where Currently Employed PSA-8
Address 2794 Randall Avenue Bronx, New York 10465

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
County of Manhattan.

B. Where in the institution did the events giving rise to your claim(s) occur?
675 E. 165th St Bronx N.Y. Apt 3

C. What date and approximate time did the events giving rise to your claim(s) occur?
January 3rd 2011, 10:00 pm

**What happened to you?**

D. Facts: On the aforementioned date and approximate time, I was in the residence of 675 E 165 St in the Bronx when the police were summoned upon their arrival I felt like I was

Rev. 01/2010                                    2

unjustifiably appointed the "bad guy" and I was subjected to unnecessary insults. After being told that I was allowed to retrieve my clothing from a back room by officer Jimenez, officer Annicelli told me I could not. And that's when things got out of controll. I was jumped by officers Jimenez, Silardi, Harrison and Annicelli. I was maced, beaten about the head and all over my body with night sticks. They summoned back up and I was crushed under over twenty officers and more. I suffered deep cuts to my head which required 15 staples and I was unable to move without feeling pain for more than a month and a half. I was subjected to insults and racial slurs. I was assulted by Joshua Cassanova and he was never arrested.

**Was anyone else involved?**

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was beaten about the head by multiple night sticks by multiple officers which resulted in me needing thirteen staples in my head. I suffered severe headaches, severe back pains and neck pains, and chest pains, pains that I suffer from to date. My ankels hurt from time to time and my wrist from being stomped on while handcuffed & broken teeth.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

*Rev. 01/2010*                              3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ____   Does not apply

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ✓

If YES, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve?

_____
_____

2. What was the result, if any?

_____
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I did not file a grievance because the incident that I am refering to did not occur in A correction facility.

Rev. 01/2010                                4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

I informed the N.Y.C. Civilian Complaint Review Board during the month of Febuary 2011. But they did not respond to my request for a interview, so I contacted the U.S. District Court.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like the Court to hear my case and a jury to render a judgement in my favor. Because I feel like I was the one true victim in my case. I also would like the court to award me monetary damages in the amount of $650,000. due to the extensive injuries I have suffered.

6. Is the case still pending? Yes ✓ No ___
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) The judge in my case awarded me a Stay.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

Signature of Plaintiff _Cwn Pulcher_
Inmate Number 241 1300 262
Institution Address G.M.D.C.
15-15 Hazen Street
East Elmhurst, N.Y.
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 3rd day of April, 2013, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff _Cwn Pulcher_

RECEIVED APR 23 2013 CHAMBERS OF JAMES L. COTT U.S.M.J.

On the aforementioned date and approximate time, I was in the residence of 675 E 165 St in the Bronx when i got in to a confrontation involving Tanya Casanova and Joshua Casanova. The police were summoned to the apartment, and upon their arrival they appointed me the "bad guy" before they asked any questions and found out what was really going on. I was told to sit on a couch while ms. Casanova and mr. Casanova were taken to seperate locations of the apartment and questioned. None of the police officers asked my side of the story. And when they got Mr and ms Casanova's side of the story they were preparing to arrest me. But before they placed their handcuffs on me I asked P.O. Christian Jimenez if I could retrieve my jacket and boots from a bedroom in the back of the apartment.

P.O. Jimenez gave me the OK to go get my clothing. But when I stood to go retrieve my things officer Silardi pushed me back onto the couch and told me to sit on my hands. I got back up and tryed to make my way back to the bedroom where my boots and jacket were. But before I could make it there I was surrounded by police officers Jimenez, Silardi, Annicelli, Harrison. I was maced and beated over the head and all over my body with nightsticks. While i was handcuffed Joshua Casanova hit me

over the head with a statue, which made me pass out. I was awakened by multiple police officers kicking punching and beating me with night sticks while I was layed out on the floor handcuffed. Then I was dragged down four flights of stairs and thrown into the snow in my underwears. On the ride to the hospital I was further assulted by the officer and EMT worker in the back of the Ambulance.

Your Honorable James L. Cott I am writing this letter to inform your office that I have been transferred to O.B.C.C. 1800 Hazen Street, East Elmhurst, New York 11370

thank you,

