UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

GAVIN RUDDER,

        Plaintiff,

  -v-                                          No. 11 Civ. 3453 (LTS)(JLC)

CHRISTIAN JIMENEZ,

        Defendant.

----------------------------------------------------------x

        USDC SDNY
        DOCUMENT
        ELECTRONICALLY FILED
        DOC #: _____
        DATE FILED: JUN 2 3 2014

## ORDER

        The Court has reviewed Magistrate Judge Cott's April 7, 2014, Report and Recommendation (the "Report"), which recommends that Defendant's motion to dismiss Plaintiff's amended complaint with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute be granted. Neither party filed objections to the Report.

        In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.S. § 636(b)(1)(C) (LexisNexis 2012). In a case such as this one, where neither party files timely objections to the magistrate judge's report and recommendation, a district court need only determine that the recommendation is not clearly erroneous or contrary to the law. Arista Records LLC v. Doe, 604 F.3d 110, 117 (2d Cir. 2010); see Fed. R. Civ. P. 72. The Court has carefully reviewed Magistrate Judge Cott's thorough Report and finds no clear error. The Court therefore adopts the Report in its entirety for the reasons stated therein. Defendant's motion for dismiss with prejudice is granted.

        The Clerk of the Court is respectfully requested to enter judgment accordingly and close this case.

This Order resolves docket entry number 56.

SO ORDERED.

Dated: New York, New York
      June 23, 2014

                                                LAURA TAYLOR SWAIN
                                                United States District Judge

Copy mailed to:
Gavin Rudder
1618 N. Gardener Drive
Bay Shore, NY 11706